IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> PARAGON ENTERPRISES, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | Case No. 15-cv-11368 |

## NOTICE OF SETTLEMENT

Plaintiff Glen Ellyn Pharmacy, Inc. and defendant, Paragon Enterprises, Inc., have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 45 days.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on February 19, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

Rosa M. Tumialán
DYKEMA GOSSETT, PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700
(312) 876-1155 (fax)
rtumialan@dykema.com


                                              /s/ Dulijaza Clark
                                              Dulijaza (Julie) Clark



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)