## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Glen Ellyn Pharmacy, Inc.
                              Plaintiff,

v.                                                Case No.: 1:15−cv−11368
                                                   Honorable Robert W. Gettleman

Paragon Enterprises, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 2/24/2016. This case is dismissed without prejudice, with leave to reinstate on or before 4/8/2016. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.