IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> PARAGON ENTERPRISES, INC., and JOHN DOES 1-10, <br><br> Defendants. | Case No. 15-cv-11368 |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| GLEN ELLYN PHARMACY, INC. | PARAGON ENTERPRISES, INC., |
| | |
| /s/ *Dulijaza Clark* | /s/ *Rosa M. Tumialán* |
| Daniel A. Edelman | Rosa M. Tumialán |
| Cathleen M. Combs | DYKEMA GOSSETT, PLLC |
| Dulizaza (Julie) Clark | 10 S. Wacker Drive, Suite 2300 |
| EDELMAN, COMBS, | Chicago, IL 60606 |
| LATTURNER & GOODWIN, LLC | (312) 876-1700 |
| 20 S. Clark St., Ste. 1500 | (312) 876-1155 (fax) |
| Chicago, IL 60603 | rtumialan@dykema.com |
| (312) 739-4200 | |
| (312) 419-0379 (fax) | |
| dedelman@edcombs.com | |
| jclark@edcombs.com | |

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on April 5, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

Rosa M. Tumialán
DYKEMA GOSSETT, PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700
(312) 876-1155 (fax)
rtumialan@dykema.com

                                                          */s/ Dulijaza Clark*
                                                          Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)